## 32521. KARP v. NIVER et al.

PER CURIAM.

After further consideration of the decision in *Karp v. Niver,* 142 Ga. App. 241 (235 SE2d 589) (1977), this court has decided that the writ of certiorari was improvidently granted.

*Case dismissed. All the Justices concur, except Hill, J., who dissents, and Marshall, J., who is disqualified.*

ARGUED SEPTEMBER 21, 1977 — DECIDED NOVEMBER 8, 1977.

*Lee & Clark, Fred S. Clark,* for appellant.
*A. Marvin Kent, A. Parker Barnes, Jr.,* for appellees.